UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-60299-CR-SINGHAL

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

MOHAMAD MAJD DEIRY,
SAMER RAYYA,

        Defendant.
_____/

## SEALED ORDER

It appearing to the Court that the above-named Defendants' Mohamad Majd Deiry and Samer Rayya are fugitives from justice, it is therefore,

**ORDERED AND ADJUDGED** that the Clerk of Court shall remove the Defendants' from the Court's Pending Case List and shall place the Defendants' on the Clerk's Fugitive Case List.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of February 2022.

                                                RAAG SINGHAL
                                                UNITED STATES DISTRICT JUDGE

cc:    Randy Hummel, AUSA
        Jay Bratt, AUSA
        R. Elizabeth Abraham, AUSA
        Thea Kendler, AUSA