FILED BY R.P.B. D.C.

Apr 9, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **21-60299-CR-SINGHAL/SNOW**

UNITED STATES OF AMERICA

vs.

MOHAMAD MAJD DEIRY,
a/k/a "Mohamad Hussein Deiry,"
a/k/a "Syria Abu Hussein Maher,"
a/k/a "Mr. Magd," and
SAMER RAYYA,
    a/k/a "Samir Rayya,"
    a/k/a "Maher Samer Abu Hussein,"

    Defendants.
_____/

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND ARREST WARRANTS

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that this Court issue an Order unsealing the Indictment and Arrest Warrants in this case. In support of this request the Government submits as follows:

1. On November 2, 2021, an indictment was returned in the above-captioned case and was subsequently sealed pursuant to a motion by the government.

2. On or about May 15, 2022, pursuant to the Wanted Person Diffusion Notice, Defendant RAYYA was arrested by Greek authorities in Greece, at the Athens Airport. The United States immediately began pursuing RAYYA's extradition from Greece.

3. Shortly after RAYYA's arrest, Greek judicial authorities granted RAYYA a bond and released him from his initial incarceration. RAYYA remained at liberty in Greece during the pendency of his extradition proceedings.

4.      In order to prosecute its extradition of RAYYA from Greece, the United States provided Greek authorities with a certified copy of the indictment in this case. The indictment, in turn, was provided to RAYYA's Greek counsel by the Greek prosecution authorities pursuing RAYYA's extradition on behalf of the United States.[1]

5.      In early December 2022, following an extradition hearing, a Greek court approved RAYYA's extradition to the United States. RAYYA did not appear at the hearing and his Greek counsel claimed that RAYYA was suffering from COVID. However, shortly after the Greek court issued its ruling, when Greek law enforcement authorities attempted to locate RAYYA at the address he provided when he was granted bond, RAYYA was not found by them at that address.

6.      Throughout the remainder of December 2022, and continuing through February 2023, Greek law enforcement continued to attempt to locate and apprehend RAYYA. None of those efforts were successful. Eventually, several months later, United States law enforcement agents from the FBI determined that RAYYA had surreptitiously absconded from Greece sometime in early 2023 and had made his way to another country, one where the United States does not have the ability to seek his extradition. United States law enforcement believes that RAYYA continues to reside in this third country, frustrating any additional efforts to try to extradite him back to the United States for the crimes alleged in the indictment.[2]

7.      Given its inability to seek either defendant's arrest and extradition, the United States intends to prosecute efforts to widely publicize RAYYA's and DEIRY's status as fugitives from justice and distribute "Wanted" posters (digitally and in hard copy) worldwide. Continued sealing of the indictment in this case is an impediment to carrying out that strategy.

---

[1] The undersigned believes that, both RAYYA and DEIRY were made privy to the contents of, and have read, the indictment. RAYYA and DEIRY are not only business partners, RAYYA is also DEIRY's son-in-law.
[2] The FBI believes that DEIRY is also living in a location where the United States lacks the ability to seek his extradition.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Court issue an Order unsealing the indictment and arrest warrants in this case.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ *Randy A. Hummel*
RANDY A. HUMMEL
Senior Litigation Counsel
Assistant United States Attorney
Florida Bar No. 973378
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street, Suite 800
Miami, FL 33132-2111
Telephone: (305) 961-9299
Email: randy.hummel@usdoj.gov